IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02484-RPM

ANGELA FLETCHER,

    Plaintiff,

v.

ARCHDIOCESAN HOUSING, INC., and
HOUSING MANAGEMENT SERVICES, INC.,

    Defendants.

_____

## ORDER
_____

    Upon consideration of the motion to amend complaint [14], it is

    ORDERED that the motion is granted and the Amended Complaint attached thereto is accepted for filing.

    Dated:   January 15th, 2010

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior District Judge