IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02484-RPM-MEH

ANGELA FLETCHER,

    Plaintiff,

v.

ARCHDIOCESAN HOUSING, INC., and
HOUSING MANAGEMENT SERVICES, INC.,

    Defendants.

_____

ORDER
_____

    Pursuant to the Stipulated Dismissal with Prejudice [22], it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own fees and costs.

    Dated:    April 2, 2010

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge